CARLOS ALBERTO DASILVA OLIVEIRA v. MARIE
ALICE OLIVEIRA.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID W. FLORENCE.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL LAMENICA.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE LEE GREEN.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JOHNSON.

July 15, 1980.

Petition for certification denied.